**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Imre Jim FRANKA, aka James Chalks,**
**Defendant–Appellant.**

No. 02–50020.

D.C. No. CR–01–00035–RT.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM **

Imre Jim Franka appeals his guilty-plea convictions and concurrent 30–month sentences imposed for possessing an unregistered firearm, in violation of 26 U.S.C. § 5861(d), and being an illegal alien in possession of a firearm, in violation of 18 U.S.C. § 922(g)(5). Franka's attorney has filed a brief and a motion to withdraw as counsel of record pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Franka has not filed a pro se supplemental brief.

Our review of the *Anders* brief and our independent review of the record under *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.